882 A.2d 1000

**Lynda CARROZZA, Respondent**

v.

**Roy GREENBAUM, M.D., Radiology Affiliates of Central New Jersey, P.A., St. Agnes Medical Center, Kathryn A. Evers and Hahnemann University Hospitals, East, Allegheny University of the Health Sciences d/b/a Allegheny University Imaging Services, Hahnemann University Hospital, Miix Insurance Company and Pennsylvania Property and Casualty Insurance Guaranty Association**

**Petitions of The Pennsylvania Property & Casual Insurance Guaranty Association (at 134–137 EAL 2005) and Roy Greenbaum, M.D., and Radiology Affiliates of Central New Jersey, P.A. (at 138 EAL 2005).**

Supreme Court of Pennsylvania.

Aug. 12, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 12th day of August 2005, the Petition for Allowance of Appeal is granted limited to:

Where two defendants are found jointly and severally liable, one defendant has sufficient insurance coverage to satisfy the entire judgment, and the other defendant's insurer is insolvent, may a court direct the judgment creditor to seek satisfaction exclusively from the solvent insurer, thus effectively discharging the Pennsylvania Property & Casualty Insurance Guaranty Association of all liability?